# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ILEANA ESCALANTE,<br><br>　　　　　　　　　　　Defendant. | Case No.  22-CR- CR-00043-AJB<br><br>**ORDER AND JUDGMENT TO DISMISS THE UNDERLYING FELONY INDICTMENT** |

　　　Upon motion of the United States of America and pursuant to Rule 48(a), Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the underlying felony Indictment in the above-entitled case be dismissed without prejudice.

　　　IT IS SO ORDERED.

Dated:  June 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge